IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCIS FITZMAURICE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV377 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CREIGHTON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

In light of information received from plaintiff's counsel on April 26, 2007,

**IT IS ORDERED:**

1. The Mediation Reference Order [15] is withdrawn.

2. This case shall remain stayed through **June 15, 2007** to allow the parties to continue their settlement negotiations.

3. Counsel shall submit to the undersigned a joint status report no later than **June 15, 2007**, concerning the status of settlement negotiations. If the parties have not reached a settlement agreement by that time, the case will be returned to the trial docket.

**DATED April 26, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**