**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FRANCIS FITZMAURICE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV377 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CREIGHTON UNIVERSITY,** | ) | |
| | ) | |
| Defendant. | ) | |

On April 26, 2007, this case was stayed at the parties' request pending settlement discussions, and counsel were ordered to submit a joint status report no later than June 15, 2007 concerning the status of settlement negotiations. The parties have not filed a status report or otherwise advised the court that the case has been settled. The stay expired on June 15, 2007. Therefore,

**IT IS ORDERED:**

1. The stay is lifted and this matter is returned to the active trial docket.

2. Counsel shall contact my chambers no later than **June 25, 2007** to schedule a conference for the purpose of progressing this case to trial.

**DATED June 19, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**